Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Dalton R. Pitts

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DALTON R. PITTS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: EDCV 10-1962 E<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

　　The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

　　IT IS SO ORDERED.

DATE: 7/7/11　　　　　　　　/s/ Charles F. Eick
　　　　　　　　　　　　　THE HONORABLE CHARLES F. EICK
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE